# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 92 MAL 2024
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
KATHRINE ANN DETWILER, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 93 MAL 2024
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
GARY ROBERT KRUM, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 94 MAL 2024
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
ELAINE M. BARNHART, :
:
Petitioner :

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 23rd day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.